# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **DAVIDA MCDOUGAL,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | **CASE NO. 3:19-CV-2256-E-BK** |
| | § | |
| **TRINITY FINANCIAL SERVICES,** | § | |
| **LLC, ET AL.,** | § | |
| **DEFENDANTS.** | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's motion, Doc. 60, is **GRANTED**.

**SO ORDERED:** May 19, 2023

Ada Brown
UNITED STATES DISTRICT JUDGE